FILED

1 | PHILLIP A. TALBERT
United States Attorney
2 | JEFFREY A. SPIVAK
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

5

6

Attorneys for Plaintiff
7 | United States of America

FEB 1 6 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,

12 |                    Plaintiff,

13 |          v.

14 | NATHAN VAUGHN SOUTHARD,

15 |                    Defendant.

CASE NO. *1:24CR 00041 JLTSKO*

16

17 | I N F O R M A T I O N

18 | COUNT ONE: [18 U.S.C. § 1709 – Theft of Mail by Officer or Employee]

19 |          The United States Attorney charges: T H A T

20 |                    NATHAN VAUGHN SOUTHARD,

21 | defendant herein, being a Postal Service officer and employee, on or about October 19, 2023, in the

22 | County of Tulare, State and Eastern District of California, did embezzle a package and mail which came

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

INFORMATION                                    1

1    into his possession intended to be conveyed by mail, in violation of Title 18, United States Code,

2    Section 1709.

3

4    Dated:   2/15/2024

PHILLIP A. TALBERT
United States Attorney

By: _____
JEFFREY A. SPIVAK
Assistant United States Attorney

INFORMATION

2

## United States v. Southard
## Penalties for Information

### COUNT 1:

VIOLATION:       18 U.S.C. § 1709 – Theft of Mail by Officer or Employee

PENALTIES:      A maximum of up to 5 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)